NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TOMMY WILLIAMS,                          )
                                         )
              Appellant,                 )
                                         )
v.                                       )      Case No. 2D18-5086
                                         )
STATE OF FLORIDA,                        )
                                         )
              Appellee.                  )
_____  )

Opinion filed September 16, 2020.

Appeal from the Circuit Court for Lee
County; Bruce E. Kyle, Judge.

Ryan Thomas Truskoski of Ryan Thomas
Truskoski, P.A., Orlando, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kelly O'Neill, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


              Affirmed.



KHOUZAM, C.J., and BLACK, and LUCAS, JJ., Concur.